NICHOLAS BRIGANTI, as Administrator, etc., of CHARLES U. BRIGANTI, Deceased, Respondent, v. FRANK SZEMKO and JOSEPH GAYDICA, Copartners, etc., and DAVID MEYER, Appellants.— Judgment and order reversed, upon reargument (See 176 App. Div. 929), for error, at folio 514, and new trial granted, costs to abide the event. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MARY BROWN, Appellant, v. AMERICAN RAILWAY TRAFFIC COMPANY, Respondent.— Order affirmed, without costs. No opinion. Thomas, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., dissented.

ROBERT STERLING CLARK, Respondent, v. THE LAND SECURITIES COMPANY and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion to vacate granted, with ten dollars costs, but with leave to plaintiff to renew his application to examine the said witness Swaney upon proof by affidavit showing that the plaintiff has no personal knowledge of the facts sought to be proven by the witness. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES W. DAYTON, JR., and VICTOR J. DOWLING, as Executors, etc., Respondents, v. ALFREDO BARILI and Others, Appellants.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

DANIEL DONOVAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

HARRIS GOODMAN, Appellant, v. WILLIAM WALDEN, Respondent. MARY GOODMAN and KATIE WIDHOPFF, Sureties, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

PAULINE HOPPENSTEDT, Individually and as Executrix, etc., Plaintiff, v. LOUIS H. AMY and ERNEST J. H. AMY, Individually and as Composing the Firm of H. AMY & COMPANY, Appellants, and ANNA L. WANN, as Sole Surviving Trustee, etc., Respondent, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THOMAS L. HUGHES, Respondent, v. J. BENEDICT ROACHE, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Mills, Rich and Putnam, JJ.